# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135637

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PRINCE IRELL SEUELL, a/k/a PRINCE
IRELL SUELL,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135637
COA: 279166
Berrien CC: 2003-402624-FJ

_____/

      On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

_____
Clerk